**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ARICA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | ) | Case No. 5:26-cv-00079-JD |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and answers Plaintiff Arica Smith's ("Plaintiff") Complaint (the "Complaint") as follows:

## I. PRELIMINARY STATEMENT

1. In response to paragraph 1 of the Complaint, Experian admits that the Complaint purports to state claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). Experian further admits that the Complaint seeks damages. Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

2. In response to paragraph 2 of the Complaint, Experian admits that the allegations contained therein appear to refer to the 2012 FTC Report on Section 319 of the Fair and Accurate Credit Transactions Act of 2003 ("FTC Report"). Experian affirmatively

states that the FTC Report speaks for itself and, on that basis, denies any allegations in paragraph 2 of the Complaint inconsistent therewith.

3. In response to paragraph 3 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

4. In response to paragraph 4 of the Complaint, Experian admits that the allegations contained therein appear to refer to a portion of the federal Fair Credit Reporting Act. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 4 inconsistent therewith.

## II. JURISDICTION AND VENUE

5. In response to paragraph 5 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent a response is required, Experian admits that Plaintiff has alleged jurisdiction based on the FCRA, 15 U.S.C. § 1681(p) and 28 U.S.C. § 1331.

6. In response to paragraph 6 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent a response is required, Experian is without knowledge or information sufficient to form a belief as to the truth of allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## III. PARTIES

7. In response to paragraph 7 of the Complaint, Experian admits that Plaintiff is a natural person. As to the allegations in paragraph 7 that relate to Plaintiff's state of residence, Experian does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies the allegation.

8. In response to paragraph 8 of the Complaint, Experian admits that Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

9. In response to paragraph 9 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10. In response to paragraph 10 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11. In response to paragraph 11 of the Complaint, Experian admits that it is a corporation. Experian admits it is authorized to do business in Oklahoma. Except as specifically admitted, Experian denies, generally and specifically, each and every remaining allegation in paragraph 11 of the Complaint.

12. In response to paragraph 12 of the Complaint, Experian admits that it is a consumer reporting agency as defined by 15 U.S.C. § 1681a(f) and, as such, issues consumer reports as defined by 15 U.S.C. § 1681a(d). Except as specifically admitted,

Experian denies, generally and specifically, each and every remaining allegation in paragraph 12 of the Complaint.

13. In response to paragraph 13 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14. In response to paragraph 14 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## IV. FACTS OF THE COMPLAINT

15. In response to paragraph 15 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16. In response to paragraph 16 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17. In response to paragraph 17 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18. In response to paragraph 18 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19. In response to paragraph 19 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

20. In response to paragraph 20 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21. In response to paragraph 21 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22. In response to paragraph 22 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23. In response to paragraph 23 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24. In response to paragraph 24 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25. In response to paragraph 25 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

26. In response to paragraph 26 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27. In response to paragraph 27 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28. In response to paragraph 28 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29. In response to paragraph 29 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30. In response to paragraph 30 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31. In response to paragraph 31 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

32. In response to paragraph 32 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

33. In response to paragraph 33 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

34. In response to paragraph 34 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

35. In response to paragraph 35 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

36. In response to paragraph 36 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37. In response to paragraph 37 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38. In response to paragraph 38 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39. In response to paragraph 39 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40. In response to paragraph 40 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41. In response to paragraph 41 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42. In response to paragraph 42 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43. In response to paragraph 43 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

44. In response to paragraph 44 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45. In response to paragraph 45 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

46. In response to paragraph 46 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

47. In response to paragraph 47 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48. In response to paragraph 48 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49. In response to paragraph 49 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

50. In response to paragraph 50 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51. In response to paragraph 51 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52. In response to paragraph 52 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

53. In response to paragraph 53 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

54. In response to paragraph 54 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

55. In response to paragraph 55 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56. In response to paragraph 56 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57. In response to paragraph 57 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

58. In response to paragraph 58 of the Complaint, Experian states that this is a legal conclusion which is not subject to denial or admission. To the extent a response is required, Experian denies, generally and specifically, each and every allegation contained therein.

59. In response to paragraph 59 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

60. In response to paragraph 60 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

61. In response to paragraph 61 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

62. In response to paragraph 62 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

63. In response to paragraph 63 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

64. In response to paragraph 64 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

65. In response to paragraph 65 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

66. In response to paragraph 66 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

67. In response to paragraph 67 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

68. In response to paragraph 68 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

69. In response to paragraph 69 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

70. In response to paragraph 70 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

71. In response to paragraph 71 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

72. In response to paragraph 72 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

73. In response to paragraph 73 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

74. In response to paragraph 74 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

75. In response to paragraph 75 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

76. In response to paragraph 76 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

77. In response to paragraph 77 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

78. In response to paragraph 78 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

79. In response to paragraph 79 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

80. In response to paragraph 80 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

81. In response to paragraph 81 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

82. In response to paragraph 82 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

83. In response to paragraph 83 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

84. In response to paragraph 84 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

85. In response to paragraph 85 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

86. In response to paragraph 86 of the Complaint, Experian admits that the allegations contained therein appear to refer to a portion of the Fair Credit Reporting Act. Experian affirmatively states that the FCRA speaks for itself and, on that basis, denies any allegations of paragraph 86 inconsistent therewith. Experian expressly denies that it violated the FCRA. As to the remaining allegations in paragraph 86, Experian denies, generally and specifically, each and every remaining allegation contained therein.

87. In response to paragraph 87 of the Complaint, Experian expressly denies that it violated the FCRA. As to the remaining allegations in paragraph 87, Experian denies, generally and specifically, each and every remaining allegation contained therein.

88. In response to paragraph 88 of the Complaint, Experian expressly denies that it violated the FCRA. Experian further denies that it is liable to Plaintiff for any alleged damages. As to the remaining allegations in paragraph 88 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## V. CAUSES OF ACTION

89. In response to paragraph 89 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

90. In response to paragraph 90 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages.

## VI. FIRST CLAIM FOR RELIEF

91. In response to paragraph 91 of the Complaint, Experian repeats and incorporates by reference its responses to paragraphs 1 through 90 as if fully set forth herein.

92. In response to paragraph 92 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages. As to the remaining allegations in paragraph 92 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

93. In response to paragraph 93 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages. As to the remaining allegations in paragraph 93 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

94. In response to paragraph 94 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages. As to the remaining allegations in paragraph 94 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

95. In response to paragraph 95 of the Complaint, Experian denies that it has violated the FCRA and denies that it is liable to Plaintiff for any alleged damages. As to the remaining allegations in paragraph 95 of the Complaint, Experian is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## RESPONSE TO DEMAND FOR JURY TRIAL

Experian admits that Plaintiff has demanded trial by jury on all issues triable.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

### FIRST AFFIRMATIVE DEFENSE

### (TRUTH/ACCURACY OF INFORMATION)

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

### SECOND AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

Plaintiff has failed to mitigate her damages.

**THIRD AFFIRMATIVE DEFENSE**

**(CONTRIBUTORY/COMPARATIVE FAULT)**

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff herself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

**FOURTH AFFIRMATIVE DEFENSE**

**(ESTOPPEL)**

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

**FIFTH AFFIRMATIVE DEFENSE**

**(UNCLEAN HANDS)**

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

**SIXTH AFFIRMATIVE DEFENSE**

**(ARBITRATION)**

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Jimmy Goodman*

JIMMY GOODMAN, OBA #3451
STEPHANIE R. HAYES, OBA #36141
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 North Robinson Ave., Ste. 100
Oklahoma City, Oklahoma 73102
(405) 235-7700
jimmy.goodman@crowedunlevy.com
stephanie.hayes@crowedunlevy.com

***ATTORNEY FOR EXPERIAN INFORMATION SOLUTIONS, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2026, the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s Jimmy Goodman*

Jimmy Goodman